AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Victoria Frignani <br><br> *Plaintiff(s)* <br> v. <br> Da Ciro Brooklyn, LLC and Ciro Verde, Jose Parra and Franco Beraducci, as individuals, <br><br> *Defendant(s)* | Civil Action No. 19cv1310 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Da Ciro Brooklyn, LLC, 458 Myrtle Avenue, Brooklyn, NY 11205

Mr. Ciro Verde, 19-37 75th Street, East Elmhurst, NY 11370

Mr. Jose G. Parra, 23-70 92nd Street, Fl. 1, East Elmhurst, NY 11369

Mr. Franco Beraducci, 21-29 43rd Street, Astoria, NY 11105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

  Jason L. Abelove, of counsel
  Goldman & Associates, LLP
  666 Old Country Road, Suite 303
  Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Douglas C. Palmer
*CLERK OF COURT*

Date: 3/8/2019   /s/Priscilla Bowens
                        *Signature of Clerk or Deputy Clerk*

